41873. HOUSING AUTHORITY OF THE CITY OF DECATUR v. SCHROEDER.

DEEN, Judge. This court having on March 8, 1966, entered judgment in the above styled case, 113 Ga. App. 432 (148 SE2d 188), affirming the judgment of the trial court, and that

judgment having been reversed on certiorari by the Supreme Court in *Housing Authority of the City of Decatur v. Schroeder*, 222 Ga. 417 (151 SE2d 226), the judgment of this court heretofore rendered is vacated, and the judgment of the Supreme Court is made the judgment of this court with direction that a new trial be granted in this case.

*Judgment reversed. Nichols, P. J., and Hall, J., concur.*

DECIDED SEPTEMBER 29, 1966—REHEARING DENIED OCTOBER 13, 1966—

*George H. Carley, Claude E. Hambrick,* for appellant.
*George P. Dillard,* for appellee.